IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00683-BNB

ARTHUR J. MOORE,

      Plaintiff,

v.

WARDEN KEVIN MILYARD (SCF), and
WARDEN MISS JONES (CSP),

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 6 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

On May 18, 2011, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wishes to pursue his claims in this action. The Court warned Plaintiff that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

On May 24, 2011, Plaintiff filed a notice of appeal from the Court's order denying him leave to proceed *in forma pauperis*. On July 15, 2011, the United States Court of Appeals for the Tenth Circuit issued an order dismissing the appeal for lack of prosecution. The Tenth Circuit also stated that a copy of the order dismissing the appeal shall stand as and for the mandate.

Plaintiff has failed to pay the filing fee within the time allowed. Therefore, the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the filing fee as directed.

DATED at Denver, Colorado, this __26th__ day of _____July_____, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-00683-BNB

Arthur J Moore
Prisoner No.  62184
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**   the
above-named individuals on July 26, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                   Deputy Clerk